IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| NOVO NORDISK A/S and NOVO NORDISK INC., <br><br> Plaintiffs, <br><br> v. <br><br> JAE Medical PLLC, d/b/a G2 Telemedicine Weight Loss Clinic, <br><br> Defendants. | CV 24–76–M–DLC <br><br><br> ORDER |

    Before the Court are Plaintiffs' motions for the admission of attorneys Robert N. Hunziker Jr., Zoe Kaiser, and Nathan E. Shafroth of Covington & Burling LLP, *pro hac vice*, in the above-captioned matter. (Docs. 3, 4, 5.) It appears that Matthew B. Hayhurst of Boone Karlberg P.C. will serve as local counsel in this matter. The associated applications for admission *pro hac vice* (Docs. 3-1, 4-1, 5-1) comply with this Court's Local Rules governing the admission of counsel *pro hac vice*. D. Mont. L.R. Civ. 83.1(d) (Dec. 1, 2023).

    Accordingly, IT IS ORDERED that the motions (Docs. 3, 4, 5) are GRANTED on the condition that the attorneys do their own work. This means that they must each: (1) do their own writing; (2) sign their own pleadings, motions, and briefs; and (3) appear and participate personally. The attorneys shall take steps

1

to register in the Court's electronic filing system (CM-ECF). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless each attorney admitted *pro hac vice* files a separate pleading acknowledging his or her admission under the terms set forth above within fifteen (15) days of this Order.

DATED this 30th day of May, 2024.

_____
Dana L. Christensen, District Judge
United States District Court